UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:24-mc-00026-SEB-KMB |
| ) | |
| PIERCE APPRAISAL, INC., ) | |
| JEFFREY PIERCE, ) | |
| ) | |
| Respondents. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Petitioner's Motion to Enforce Subpoena [Dkt. 34]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Petitioner's Motion to Enforce Subpoena [Dkt. 1] is hereby **GRANTED**.

Date: 1/31/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov

Anthony Seaton Ridolfo, Jr.
Hackman Hulett LLP
aridolfo@hhlaw-in.com